DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KASHWISE GLOBAL FUNDING, INC.** and **KASHWISE INVESTMENTS,**
Appellants,

v.

**THE PULSE NETWORK, INC.,**
Appellee.

No. 4D19-2850

[August 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 16-14834.

Victor K. Rones, of Law Office of Victor K. Rones, P.A., North Miami Beach, for appellants.

Dara L. Schottenfeld of David J. Schottenfeld, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., and KUNTZ, J., and SHEPHERD, CAROLINE, Associate Judge, concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***